### BRASHEAR v. BRASHEAR.

No. 2675.    Opinion Filed October 3, 1911.

*Error from Superior Court, Pottawatomie County; George C. Abernathy, Judge.*

Action between James R. Brashear and Lula M. Brashear. Appeal by the former dismissed for failure to file briefs.

*S. P. Freeling,* for plaintiff in error.

*Blakeney, Maxey & Miley,* for defendant in error.

PER CURIAM.   A motion to dismiss has been filed herein upon grounds the same as are involved in *M., O. & G. Ry. Co. v. Wortman,* 27 Okla. 455, and *Walker et al. v. Hennewincle,* 24 Okla. 152; and upon the authority of those cases, the cause is dismissed.

---

### BRASHEAR v. BRASHEAR.

No. 2842.    Opinion Filed October 4, 1911.

*Error from Superior Court, Pottawatomie County; George C. Abernathy, Judge.*

Action between James R. Brashear and Lula M. Brashear. Appeal by the former dismissed for failure to file briefs.

*S. P. Freeling,* for plaintiff in error.

*Blakeney, Maxey & Miley,* for defendant in error.

PER CURIAM.   A motion to dismiss has been filed herein upon grounds the same as are involved in *M., O. & G. Ry. Co. v. Wortman,* 27 Okla. 455, and *Walker et al. v. Hennewincle,* 24 Okla. 152; and upon the authority of those cases, the cause is dismissed.